# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2024-0017**
Rodney David Howle v. State of Alabama (Appeal from Calhoun Circuit Court:
CC-21-1575)

## <u>NOTICE</u>

You are hereby notified that on August 30, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk